# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

UNITED STATES OF AMERICA                                                                      PLAINTIFF

v.                                            No. 4:18-cr-00324-JM-06

CAROLYN SLAUGHTER                                                                              DEFENDANT

## ORDER

Pending before the Court is United States' Motion to Dismiss the Superseding Indictment as to Defendant Carolyn Slaughter. Good cause having been shown, the motion is GRANTED. (Doc. No. 146) The Superseding Indictment is hereby dismissed without prejudice as to the above-named defendant.

IT IS SO ORDERED this 20th day of November, 2020.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE